

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street*  *(973) 645-2700 (phone)*
*Newark, NJ 07102*  *(973) 645-2702 (fax)*

July 24, 2025

Honorable Julien Xavier Neals
United States District Judge
Martin Luther King, Jr. Federal Building
& Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>**United States v. Israel Guerra Tenorio**</u>
            **Criminal No. 24-163**

Dear Judge Neals:

    Please accept this letter in lieu of a more formal motion to continue the sentencing, currently scheduled for July 28, 2025, in the above-captioned case. The government and counsel for the defendant jointly request a four-month adjournment of the sentencing.

                                    Respectfully submitted,

                                    ALINA HABBA
                                  United States Attorney

               By:    <u>/s/ *Carolyn Silane*</u>
                       Carolyn Silane
                       Assistant U.S. Attorney

cc:    Michael Rosas, Esq.